[Nos. 23691–1–I; 25737–4–I.   Division One.   January 7, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK YOUNG, *Appellant*.

*In the Matter of the Personal Restraint of* JACK YOUNG, *Petitioner*.

The opinion in the above captioned case as reported in the advance sheets at 60 Wn. App. 95–107 has been omitted from this permanent bound volume because of a modification of the opinion made by an order of the Court of Appeals dated September 16, 1991. The opinion, as modified, is reported in Volume 62 Washington Appellate Reports.